IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:12-CV-00764 – D

THE PANTRY, INC., )
)
         Plaintiff, )
v. )
)
DOLCE BEVUTO, LLC, )
)
         Defendant. )
)
)
_____ )

## ORDER

THIS MATTER is before the Court upon the Motion of the Plaintiff The Pantry, Inc. for entry of default against Defendant Dolce Bevuto, LLC. It appearing that good cause exists for granting the Motion, it is this 31st day of January, 2013;

**ORDERED**, that the Motion is hereby **GRANTED**. Default is hereby entered on the Complaint against Defendant Dolce Bevuto, LLC in accordance with Rule 55 of the Rules of Civil Procedure.

                                                  *Julie A. Richards*
                                                  Clerk of Court